# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIONEL ALVIN PEOPLES,<br><br>Defendant. | CASE NO. CR01-316-JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 15, 2007. The United States was represented by Roger Rogoff. The defendant was represented by Stewart Riley.

## CONVICTION AND SENTENCE

Defendant had been convicted of Bank Fraud on or about November 16, 2001. The Honorable John C. Coughenour of this court sentenced Defendant to one day of confinement, followed by five years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

U.S. Probation Officer Lisa Combs alleged that Defendant violated the conditions of supervised release in the following respects:

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

(1) Using alcohol, on or about September 10, 2007, in violation of the special condition that he abstain from the use of alcohol and /or all other intoxicants.

(2) Committing the crime of reckless driving, on or about September 10, 2007, in violation of the mandatory condition of supervised release requiring he not commit another federal, state or local crime.

(3) Committing the crime of assault in the fourth degree, on or about October 2, 2007, in violation of the mandatory condition of supervised release requiring he not commit another federal, state or local crime.

I advised the defendant of these charges and of his constitutional rights. Defendant admitted violation numbers 1 and 2, waived any hearing as to whether they occurred, and denied violation number 3. An evidentiary hearing regarding has been set before the Honorable Judge Mary Alice Theiler as to violation number 3.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged. Defendant has been released pending further determination by the Court.

DATED this 9th day of November, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge        : Hon. John C Coughenour
    Assistant U.S. Attorney : Roger Rogoff
    Defense Attorney        : Stewart Riley
    U. S. Probation Officer : Lisa Combs

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-